DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRECISION DIAGNOSTIC, INC.,** a/a/o **SHAQUANDA HOLMES,**
Appellant,

v.

**MGA INSURANCE COMPANY, INC.,**
Appellee.

No. 4D2023-0635

[February 1, 2024]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO21014973.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Scott E. Danner of Kirwan, Spellacy, Danner, Watkins & Brownstein, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***